IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

J.D. & BILLY HINES TRUCKING, INC.                                              PLAINTIFF

vs.                              Civil No.  4:15-cv-04011

HALE LAND & CATTLE COMPANY                                                    DEFENDANT

## ORDER

**BEFORE** the Court is Plaintiff's Motion for Partial Summary Judgment.  ECF No. 22. The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 17.  Pursuant to this authority, the Court finds as follows:

On December 1, 2016, Plaintiff filed a Motion for Partial Summary Judgment.  ECF No. 22. With this Motion, Plaintiff's seeks summary judgment against the counterclaim filed by Defendant. *Id.*  On December 14, 2016, the parties entered into a Stipulation of Dismissal.  ECF No. 27.  With this Stipulation, Defendant agreed to dismiss the its Counterclaim. *Id.*

Based on the foregoing, Plaintiff's Motion for Partial Summary Judgment (ECF No. 22) is **DENIED as MOOT**, and Defendant's Counterclaim is hereby **DISMISSED**.

**ENTERED** this **19th day of December, 2016.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE