IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

J.D. & BILLY HINES TRUCKING, INC.                                    PLAINTIFF

vs.                               Case No. 4:15-cv-04011

HALE LAND & CATTLE COMPANY                                           DEFENDANT

ORDER OF DISMISSAL

The Court being advised that the parties agree to an Order of Dismissal, hereby **GRANTS** the Joint Motion to Dismiss (ECF No. 41) and hereby dismisses this matter **WITH PREJUDICE**. Each party will bear their own costs and attorney fees.

**DATED this 7th day of March 2017.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

Approved and agreed:

/s/ Jeffrey H. Moore                              /s/ John Mercy
Jeffrey H. Moore                                  John Mercy
Jeffrey H. Moore P.A.                             Mercy, Carter, Tidwell LLP
Attorney for Plaintiff                            Attorney for Defendant